# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY WILSON, <br> Petitioner, | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| BRENDA TRITT, et al., <br> Respondents. | : <br> : | No. 15-1455 |

## ORDER

FILED
SEP 09 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

**GERALD A. MCHUGH, J.**

This 9th day of September, 2016, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, and further review of Petitioner's objections, IT IS hereby **ORDERED** that:

1. The Report and Recommendation is APPROVED and ADOPTED.
2. The petition for a writ of habeas corpus is DENIED with prejudice;
3. There is no probable cause to issue a certificate of appealability; and
4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Gerald A. McHugh

GERALD AUSTIN MCHUGH
U.S. DISTRICT JUDGE